

**JENNIFER M. DAMON (SBN 115963)**
**LAUREN B. KUTZ (SBN 250718)**
**COLMAN PERKINS LAW GROUP**
15615 Alton Parkway, Suite 370
Irvine, CA 92618
TELEPHONE (949) 261-8100
FACSIMILE (949) 261-8102

Attorneys for Defendant
**COSTCO WHOLESALE CORPORATION**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ESPIRITU,<br><br>    Plaintiffs,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 20,<br><br>    Defendants. | Case No.: **'23CV2291 L   MMP**<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE THAT Defendant, Costco Wholesale Corporation ("Defendant") hereby removes this action from the Superior Court of the State of California, County of San Diego to the United States District Court for the Southern District of California pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and sets forth in support of its Notice of Removal of Action the following:

**Complete Diversity Exists**

1.      This Notice of Removal is based in part, upon 28 U.S.C. § 1441(a) that states: "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

2. District courts have original have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. 28 U.S.C. § 1332(a)(1).

3. Plaintiff, Jeffrey Espiritu is a citizen of the state of California.

4. Defendant Costco Wholesale Corporation was, at the time of the filing of this action, and still is, a citizen of the state of Washington. Defendant is a Washington corporation with its headquarters and principal place of business in Washington. (*See* the Minute Order, issued in a prior matter before the U.S. District Court – Southern District of California, holding that Defendant is a citizen of Washington for purposes of diversity attached hereto as Exhibit "B.")

5. Therefore, <u>diversity of citizenship exists</u> for purposes of removal of the state court action to this district court.

**Amount in Controversy Exceeds $75,000**

6. Plaintiff's Complaint alleges one cause of action for negligence/premises liability against Defendant. (*See* Plaintiff's Complaint, Case No. 37-2023-00027028-CU-PO-CTL, Superior Court of California, County of San Diego, page 3, attached as Exhibit A.)

7. On July 12, 2021, Plaintiff alleges that she slipped and fell while visiting Defendant's store located at 8125 Fletcher Parkway in La Mesa, California, and sustained personal injuries. Plaintiff alleges Defendant negligently and carelessly owned, controlled, managed, designed, constructed, signed, maintained, and/or operated said premises so as to create, cause and allow a dangerous condition to exist that resulted in Plaintiff's alleged injuries. (*See* Plaintiff's Complaint, Case No. 37-2023-00027028-CU-PO-CTL, Superior Court of California, County of Los San Diego, pages 3 and 4, attached as Exhibit A.)

8. Plaintiff alleges she has suffered general compensatory damages, special compensatory damages including medical expenses, loss of earning capacity, and other incidental damages. (*See* Plaintiffs' Complaint, Case No. 37-2023-00027028-CU-PO-CTL, Superior Court of California, County of San Diego, pages 3, attached as Exhibit A.)

9. On November 2, 2023, Defendant filed its Answer to Plaintiff's Complaint. (See Defendant's Answer attached hereto as Exhibit "C".)

10. On November 17, 2023, Plaintiff's counsel served Defendant's counsel Plaintiff's Statement of Damages which states she is seeking "General Damages a. Pain, suffering, and inconvenience amount of **$1,050,000.00** and b. Emotional Distress amount of **$1,000,000;** Special Damages a. Medical Expenses (to date) amount of **$500,000.00**, b. Future Medical Expenses (to date) amount of **$500,000.00,** c. Loss of Earnings (to date) amount of **$500,000.00** and d. Loss of Future Earning Capacity (present value) amount of **$500,000.00**." (*See* Plaintiff's Statement of Damages, dated and served on November 17, 2023, attached as Exhibit D.)

10. The 30-day removal period starts to run only upon defendant's receipt of an "amended pleading, motion, order or other paper from which it may first be ascertained that the case is … removable." 28 USC § 1446(b)(3). Plaintiff's Statement of Damages qualifies as "other paper." Where grounds for removal do not appear on the face of the initial pleading, courts may look to "documents exchanged in the case by the parties to determine when the defendant had notice of the grounds for removal." *Lovern v. General Motors Corp*. (4th Cir. 1997) 121 F3d 160, 161.

11. Therefore, Plaintiff alleges damages that far exceed the minimum amount in controversy requirements for purposes of removal of the state court action to this district court.

**Notice of Removal Is Timely**

12. On June 28, 2023, Plaintiff filed this action in the Superior Court of the State of California, County of San Diego, as case no. 37-2023-00027028-CU-PO-CTL. (*See* Plaintiff's Complaint attached hereto as Exhibit A.)

13. On October 18, 2023, Plaintiff served the Summons and Complaint on Defendant through its registered agent, C T Corporation System.

14. On November 2, 2023, Defendant filed its Answer to Plaintiff's Complaint. (See Defendant's Answer attached hereto as Exhibit "C".)

14. On November 17, 2023, Plaintiff served her Statement of Damages on Defendant's counsel. (*See* Plaintiff's Statement of Damages attached hereto as Exhibit D.)

15. This Notice of Removal is being filed within thirty (30) days after Defendant received Plaintiff's Statement of Damages. 28 U.S.C. § 1446(b)(3).

**Other Requirements for Removal Are Met**

16. Removal of this lawsuit to the United States District Court for the Southern District of California is proper as the Superior Court of the State of California, County of San Diego, where the action was originally filed, is located in this district.

17. Defendant is simultaneously filing a Notice of Removal to Federal Court with the Superior Court of the State of California, County of San Diego, and it has given notice and served this pleading on Plaintiff. (A true and correct copy of the Notice of Removal to Federal Court filed with the Superior Court is attached hereto as Exhibit E.)

**Demand for Jury Trial**

18. Separate and apart from removal requirements, counsel for Defendant demands a jury trial.

Dated: December 15, 2023                COLMAN PERKINS LAW GROUP

BY: _____
JENNIFER M DAMON
LAUREN B. KUTZ
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

*Re: Espiritu v. Costco*
*Case No.:*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Colman Perkins Law Group, 15615 Alton Parkway, Suite 370, Irvine, CA 92618, in said County and State.

On December 15, 2023, I served the foregoing document described as

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**
on the interested parties in this action as follows:

Meagan L. Verschueren, Esq.
D'Egidio & Pedroza, APC
7801 Mission Center Ct., Ste. 240
San Diego, CA 92108
(619)550-3011 Phone
(877)888-6304 Fax
Attorney for Plaintiff
Email: meagan@dpinjuryattorneys.com
       july@dpinjuryattorneys.com

/ /    **BY MAIL (C.C.P. §§ 1013(a)):** By placing the document listed above in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X /   **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document(s) from jtoney@colmanlawgroup.com to the person(s) at the e-mail address(es) listed on the attached Service List. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy upon request only.

/X/    **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. **(C.C.P. § 2015.5)**

/X /   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 15, 2023, at Las Vegas, Nevada.

_____
Jessica Toney

